Order Filed on June 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>PARKER McCAY P.A.<br>BRIAN E. CAINE<br>9000 Midlantic Drive; Suite 300<br>Mt. Laurel, New Jersey 08054<br>(856) 985-4059<br>Attorney for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-20 | |
| In Re:<br><br>James W. McClain | Case No. 16-23332-ABA<br><br>Hearing: May 21, 2019<br><br>Judge: Andrew B. Altenburg, Jr. |

### ORDER VACATING AUTOMATIC
### STAY AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: June 4, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:   James W. McClain
Case No:  16-23332-ABA
Caption of Order: ORDER VACATING AUTOMATIC STAY AS TO REAL PROPERTY

---

Upon the motion of The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-20, its successors and/or assigns, ("Movant"), for relief from the automatic stay under section 362 as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay under section 362 is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*5 Lancaster Pl, Sicklerville, NJ 08081-1121*

It is further ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.

Nothing in this Order shall prevent the Movant from discussing loss mitigation and/or loan modification options with the debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
James W. McClain  
    Debtor

Case No. 16-23332-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 04, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2019.  
db         +James W. McClain,    5 Lancaster Place,    Sicklerville, NJ 08081-1121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2019 at the address(es) listed below:

        Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-20 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-20 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2007-2, NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com

        Kimberly A. Wilson    on behalf of Debtor James W. McClain wilson.schroedinger@comcast.net, courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com

        Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-20 nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

        Steven P. Kelly    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al... skelly@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                              TOTAL: 8